# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00459-CV

### In re Garland Wayne Scroggins

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Garland Wayne Scroggins filed a pro se petition for writ of mandamus. However, he failed to provide a record demonstrating his entitlement to mandamus relief. *See* Tex. R. App. P. 52.3(k)(1)(A) (requiring appendix to mandamus petition to contain "a certified or sworn copy of any order complained of, or any other document showing the matter complained of"); *In re Blakeney*, 254 S.W.3d 659, 661-62 (Tex. App.—Texarkana 2008, orig. proceeding); *In re Villarreal*, 96 S.W.3d 708, 710 (Tex. App.—Amarillo 2003, orig. proceeding). Accordingly, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Baker and Kelly

Filed: October 6, 2020